# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 1:20-cv-25103-DLG

AISHIA PETERSEN,

    Plaintiff,

v.

WETZEL'S PRETZELS, LLC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff AISHIA PETERSEN and Defendant WETZEL'S PRETZELS, LLC., hereby notify the court that a provisional settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing. The Parties therefore request this Court vacate all currently set dates with the expectation that a Dismissal with prejudice as to all claims will be filed within 45 days.

Dated this 10th day of February 2021.

| | |
|---|---|
| *s/Acacia Barros* | */s/ Capri Trigo* |
| Attorney for Plaintiff | Attorney for Defendant |
| ACACIA BARROS, P.A. | Capri Trigo, Esq. |
| Acacia Barros, Esq. | GORDON REES SCULLY MANSUKHANI |
| FBN: 106277 | FBN: 28564 |
| 11120 N. Kendall Dr., Suite 201 | Miami Tower |
| Miami, Florida 33176 | 100 SE Second Street, Suite 3900 |
| Tel: 305-639-8381 | Miami, FL 33131 |
| ab@barroslawfirm.com | T: 305-428-5323 |
| | ctrigo@grsm.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2021 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel.

*s/Acacia Barros*

Attorney for Plaintiff
ACACIA BARROS, P.A.