UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 20-25103-CIV-GRAHAM

AISHIA PETERSEN,

    Plaintiff,

vs.

WETZEL'S PRETZELS, LLC.,
    Defendants
_____/



**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court on the Parties' Joint Notice of Settlement. (ECF No. 9). Based thereon,

**THE PARTIES** are hereby notified that, within forty-five (45) days of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action.  It is further

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of February, 2021.

                                      s/ Donald L. Graham
                                      DONALD L. GRAHAM
                                      UNITED STATES DISTRICT JUDGE